IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Crim. No. 99-961 LH

BEVERLY HIRSH,

    Defendant.

## MAGISTRATE JUDGE'S RECOMMENDED FINDING

On March 17, 2000, I held a hearing at the request of the Honorable Bruce D. Black, United States District Judge, on the Order to Show Cause, if any, why Albert Granger should not be held in contempt for misrepresentation of information regarding the submission of an application to appear in federal court in New Mexico. (Order of March 15, 2000, *Doc. 59*) Having heard from Mr. Granger and having received a copy of an April 1, 1999 application which was purportedly submitted, I am satisfied that Mr. Granger did not intentionally misrepresent the status of his application to appear.

It appears that some confusion may have arisen due, at least in part, to the dissolution of his previous firm and his relocation to Las Cruces. Moreover, immediately following the hearing, Mr. Granger submitted a newly filled-out application for admission and has paid the required fees. I recommend, therefore, that District Judge Black review the transcript of the hearing and find that Mr. Granger's statements to the Court in this matter were made in good faith and do not constitute contemptuous behavior.

_____
UNITED STATES MAGISTRATE JUDGE